IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ward, Pamela M | Case Number:  07 B 06920 |
| | Judge:  Squires, John H |
| Printed:  5/13/08 | Filed:  4/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion:  May 8, 2008
Confirmed:  June 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,358.00 | |
| Secured: | | 2,250.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,872.67 |
| Trustee Fee: | | 235.33 |
| Other Funds: | | 0.00 |
| Totals: | 4,358.00 | 4,358.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Staver & Gainsberg P.C. | Administrative | 2,300.00 | 1,872.67 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 1,106.03 | 360.00 |
| 5. | Monterey Financial Services | Secured | 207.60 | 90.00 |
| 6. | Wells Fargo Auto Finance | Secured | 7,943.21 | 1,800.00 |
| 7. | Wells Fargo Home Mortgage | Secured | 25,284.36 | 0.00 |
| 8. | Clear Check | Unsecured | 17.39 | 0.00 |
| 9. | Nationwide Acceptance Corp | Unsecured | 105.32 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 2,814.17 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 270.31 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 82.00 | 0.00 |
| 14. | Illinois Dept Of Human Service | Unsecured | 270.64 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 243.30 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 74.07 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 63.88 | 0.00 |
| 18. | ER Solutions | Unsecured | 59.95 | 0.00 |
| 19. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 20. | Household Bank FSB | Unsecured | | No Claim Filed |
| 21. | Jeffcapsys | Unsecured | | No Claim Filed |
| 22. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 23. | Orchard Bank | Unsecured | | No Claim Filed |
| 24. | Weiss Physicians Medical | Unsecured | | No Claim Filed |
| 25. | B-Line LLC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ward, Pamela M | | Case Number: 07 B 06920 |
|---|---|---|---|
| | | | Judge: Squires, John H |
| | Printed: 5/13/08 | | Filed: 4/17/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 27. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 28. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 29. | Allied Interstate Inc | Unsecured | | No Claim Filed |
| 30. | CBCS | Unsecured | | No Claim Filed |
| 31. | St. Francis Hospital And Health Center | Unsecured | | No Claim Filed |
| 32. | Debt Credit Service | Unsecured | | No Claim Filed |
| 33. | CBCS | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 40,842.23 | $ 4,122.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 235.33 |
| | _____ |
| | $ 235.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

